UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL HATTON, ET AL.,**

   Plaintiffs,

v.                                                         No. 4:22-cv-1030-P

**NIKE, INC., ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In carrying out the Court's Order of Dismissal (ECF No. 12) entered on December 12, 2022:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **12th day** of **December 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE